IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. Marshall, | ) | |
| Plaintiff, | ) | Civil No. 05-215S |
| v. | ) | **FILED UNDER SEAL** |
| Foster Wheeler INC., | ) | |
| Defendant. | ) | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza 8th
Providence, RI 02903
Tel: (401) 709-5000

MICHAEL F. HERTZ
POLLY A. DAMMANN
BRIAN R. YOUNG
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2265

Dated:

CERTIFICATE OF SERVICE

I hereby that on the 28th day of August, 2006, I forwarded a copy of the Government's Notice of Election to Decline Intervention and proposed Order to be forwarded, by postage prepaid mail, to:

Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Newport, RI 02840