**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

United States
PLAINTIFF

v. C.A. No. 05-215S

Foster Wheeler, Inc.
DEFENDANT

**SHOW CAUSE ORDER**

On or before **April 12, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 3/23/07

FORMS/SHWCAUS2.ORD