IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Ex. Rel. Marshall,<br><br>Plaintiff,<br><br>v.<br><br>Foster Wheeler, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 05-215S |

## NOTICE OF DISMISSAL

Now comes the Plaintiff in the above entitled matter and upon the Government not proceeding in the qui tam complaint, hereby notices the Court Plaintiff is not proceeding with this action and the matter may be dismissed.

EDWARD MARSHALL
Through his Attorneys,

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

## CERTIFICATION

I certify that on the 4th day of January, 2008 I delivered a true copy of the within Notice to the Attorney for the Defendant, Adi Goldstein, Assistant United States Attorney, District of Rhode Island, Fleet Center, 50 Kennedy Plaza 8th, Providence, Rhode Island 02903 via first class mail, postage pre-paid.

Allison Merola, Legal Assistant